U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $ 5.71

Robert William Petty

(End  31081-037

Re:
(End  HAZELTON

To    U.S. PENITENTIARY

Sen   Inmate Mail/Parcels

Stre  P.O. BOX 2000
or P.

City,  BRUCETON MILLS, WV.

Postmark
Here  2/26/10